Argued and submitted February 24, reversed and remanded March 22, 1995

In the Matter of Charles Scoggins,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## CHARLES SCOGGINS,
*Appellant.*

(940796711; CA A85135)

891 P2d 1383

Thomas A. Coleman argued the cause and filed the brief for appellant.

Kristin N. Preston, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994); *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994).